**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re Michael Phillips & | ) | |
| Jennifer Phillips | ) | Case No. 18-42594-399 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |

## WITHDRAWAL OF OBJECTION TO CLAIM (Doc. #79)

COMES NOW, Debtors, through the undersigned counsel, and withdraws Debtors' Objection to Claim (Doc. #79).

Respectfully submitted,

/s/ Maxwell J. Groswald
Maxwell J. Groswald #65938MO
Groswald Law, LLC
P.O. Box 179343
St. Louis, MO 63117
Phone: (314) 736-1275
Fax: (314) 442-4116
maxwell@groswald.com

## CERTIFICATE OF SERVICE

I. I certify that a true and correct copy of the foregoing document was filed electronically on April 16, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

II. I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on April 16, 2021.

Wells Fargo
P.O. Box 17900
Denver, CO 80217-0900

Wells Fargo
P.O. Box 17657
Irvine, CA 92623-9657

Wells Fargo
P.O. Box 130000
Raleigh, NC 27605-100

III. I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by certified mail, addressed to the parties listed below on April 16, 2021.

Wells Fargo Corporate
ATTN: President/CEO
420 Montgomery Street
San Francisco, CA 94104

/s/ Maxwell J. Groswald